NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**FAST MEMORY ERASE, LLC,**
*Plaintiff-Appellant,*

v.

**INTEL CORPORATION, NUMONYX B.V.,
NUMONYX, INC., SONY ERICSSON MOBILE
COMMUNICATIONS AB, SONY ERICSSON
MOBILE COMMUNICATIONS (USA), INC.,
and APPLE INC.,**
*Defendants-Cross Appellants,*

**and**

**MOTOROLA, INC.,**
*Defendant-Appellee.*

---

2010-1302, -1324

---

Appeals from the United States District Court for the Northern District of Texas in case no. 10-CV-0481, Judge Barbara M.G. Lynn.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of Numonyx B.V. et al.'s unopposed motion for an extension of time, until July 9, 2010, to file a response to Fast-Memory Erase, LLC's motion to dismiss,

IT IS ORDERED THAT:

The motion for an extension of time is granted.

FOR THE COURT

__JUL 0 9 2010__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Jeffrey R. Bragalone, Esq.
Chris R. Ottenweller, Esq.
Russell E. Levine, Esq.

s19

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 0 9 2010

JAN HORBALY
CLERK